An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM CARL MISIEWICZ,
Petitioner,
vs.
THE STATE OF NEVADA BOARD OF
PAROLE COMMISSIONERS; AND
CHAIRMAN CONNIE S. BISBEE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63886

FILED

OCT 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner claims he was wrongly denied parole and seeks an order directing the parole board to release him from prison. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims, we decline to exercise original jurisdiction in this matter. NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-30984

cc: William Carl Misiewicz
Attorney General/Carson City
Eighth District Court Clerk